UNITED STATES DISTRICT COURT

for the

Southern District of Texas

_____ Division

United States Courts
Southern District of Texas
FILED

FEB 23 2022

Nathan Ochsner, Clerk of Court

Brian Charles Frankenfield
)
)
)
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Galveston County
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brian Charles Frankenfield
All other names by which you have been known:
ID Number: JM 369259
Current Institution: Galveston County
Address: 5700 Ave. H
Galveston   Texas   77551
   City        State     Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Galveston County
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
   City        State     Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: et Al
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
   City        State     Zip Code
[✓] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: John D Kinard
  Job or Title (if known): District Clerk of Galveston County
  Shield Number:
  Employer:
  Address:
  _____ City  _____ State  _____ Zip Code
  [X] Individual capacity  [X] Official capacity

Defendant No. 4
  Name: Ertan Singalas (?)
  Job or Title (if known): Galveston DA ?? (Assumed)
  Shield Number:
  Employer:
  Address:
  _____ City  _____ State  _____ Zip Code
  [X] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)
  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 2nd, and other Amendment The Court Sees Fit

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 19th 2021, 3 May 13 21, May 15 21, Brown 1 month later

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Denial of speedy Trial, Denial of Right To worship, Denial of Access To courts (see claim # 3:21/cv00333, 00228) For evidence. Assulted By Deputy Marino, Sgt Lopez, Blair etc... and No less Then 16 others Choppy, Imer, Presly, Brown, Baylee-Hopkins, Bruan, et Al;

See Attachment

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Tazer Burns, and Bruises

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

100 million Dollars 3 release, and any and all Dngs The Court sees Fit

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) TDCJ Parole et Al, Galveston County Jail et Al
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Above

3. Docket or index number
   3:21CV00228 300337

4. Name of Judge assigned to your case
   Brown

5. Approximate date of filing lawsuit
   Aug 27 / Nov 2021 Respectively

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/23/2022

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Brian Charles Frankenred
Prison Identification #: JM364259
Prison Address: 5700 Ave H
Galveston, TX 77551

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

Additional info & Brief Complaint

Additional Defendants
5. Mark Stevens (Attorney)
6. Alyssa ~~Olsen~~ Sisa ADA
7. Nicole Olsen ADA
9. Galveston County Mail Room (All For Returned Mail)

Damages: To begin I have been Assulted 8 individual Times and OIG Refuses To even investigate. I was Charged For 6 of Them: Cause # 1556, 1806, 1807, 1808, 1809, & 3896 To Cover up Thier Crimes; The only one even investigated is 3896.

I have had a Speedy trial Request on The First 5 Above & Not made one Single Apperance (satisfying one of The Smith barrs). It has been over 9 months (satisfying Another Prong), and Finaly Requested a Speedy trial every week For over 6 months, including last week (satisfying The Final Prong). Where is my Right to a Fair and Speedy trial?

The 122nd Court has had Some Attorney I Niether Requested Nor one Receiving my Case Info, Pressuring me For Heppa Releases, & Plain out Assisting The State!

The Court has Done At least 1 mental Illness/Intelectal Disability Assesment without my 1. Presence, 2. my Consent, 3. A reason. Then They are Sharing Around Through Fax without Consent. How does That work concerning Heppa? I have

Complained About medical Non-Stop.

I recieve No Access To Courts. I have Asked For The Affidavidts No less Then 10 Times and I'm ignored. The Affidavits are a matter of record Due To Being used For both. The Acceptance of The charges, Arraignment, & The State obtaining an indictment. All a clear Violation of my Access To Courts, Fair trial, etc. The Galveston County Prosocutors office, And 122nd court Pass legal info out To Mark steven and God knows who else. Crazy!

I have stacks of evidence & I'm Including my grievences on Assults & have sent Grievence To Cause # 00228.300333 Files Please Add Those As Evidence. I have AT least 27 Ignored Access To Court Request To The law library in my possesion

To: Clerk & Judge of Southern District

Your Honor & Said Gentleman

On January 27Th, I mailed out 2 pieces of legal mail To said court. 2 weeks Later on Feb 8Th They were returned stating Additional postage ($1.96) required. This is crazy how do I send evidence? This is Galveston County & Parole Attempting To circumvent Their liability! In Addition a violation of my civil Rights Namely Access To Courts.

I Am remailing The Complaint without evidence, but including a brief summary of what was included.

Your Honor Please help! They have violated my civil Rights Since I got there. Now I can't even trust to communicate To The court!

Help!!!!!